UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                         :

UNITED STATES OF AMERICA,                         :

                  -v-                                    :                 16-CR-826-01 (PAE)

JOSHUA KEMP,                                         :                          ORDER

                        Defendant.                          :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court today held sentencing for defendant Joshua Kemp, who pled guilty on December 12, 2016 of counts 1-7 of the Indictment. As a result of the Supreme Court's ruling in *United States v. Davis*, the Court dismissed count 6 of the Indictment at the sentencing hearing.

        SO ORDERED.

Dated: December 6, 2019
       New York, New York                                     _____
                                                                 PAUL A. ENGELMAYER
                                                                 United States District Judge