UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JOSHUA KEMP,

Defendant.

16-CR-826-01 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

It is hereby ORDERED that the defendant in the above captioned case, USM

Number 72471-054, has been sentenced to a term of imprisonment of "Time Served", and

therefore is to be released subject to any detainers.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 6, 2019
New York, New York